UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


Jeffrey Bradley

   v.                                 Case No. 12-cv-127-PB

Wells Fargo Bank, N.A.


**O R D E R**

     The parties shall meet and confer and attempt to narrow or completely resolve the dispute which is the subject of the Motion to Compel (Doc. No. 28). They shall specifically review each request that is the subject of an objection and each party shall explain its position with respect to the request to the other party. Within 14 days, the parties shall file a joint statement addressing any requests that remain in dispute. The joint statement shall reproduce each disputed request, succinctly identify each party's position with respect to the request, identify the specific language in the rule that supports the parties position with respect to the request, and cite any cases supporting the party's position with respect to the request.

     I will resolve any remaining disputes after receiving this document. The parties are on notice that I intend to fine any

party that takes a position with respect to this filing that lacks a good faith basis.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

March 14, 2013

cc: Ruth A. Hall, Esq.
William Philpot, Jr., Esq.