UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jeffrey Bradley

       v.                              Civil No. 12-cv-127-PB

Wells Fargo Bank, N.A., et al

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 21, 2015. The motion for default judgment (doc. no. 222) is granted, and Legacy Landscape Company and Mark Murray are jointly and severally liable for the $30,000 in damages awarded to the plaintiff at trial.

    SO ORDERED.

                                          /s/ Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge

Date: January 13, 2016

cc:    Kristina Cerniauskaite, Esq.
       Ruth A. Hall, Esq.
       Terrie L. Harman, Esq.
       Elizabeth Lacombe, Esq.
       Alexander Bono, Esq.
       Brett Messinger, Esq.